**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02581-REB-MEH

MARK MARTINEZ,

    Plaintiff,

v.

SOLERA NATIONAL BANK,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the plaintiff's **Motion To Dismiss With Prejudice** [#4][1] filed December 9, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion To Dismiss With Prejudice** [#4] filed December 9, 2011, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 12, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Bob Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.